**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| GREEN TREE SERVICING MORTGAGE CO. | : No. 133 MAL 2015 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| v. | : Order of the Superior Court |
| | : |
| | : |
| GENNARO RAUSO AND TRI STATE INVESTMENTS I, LLC | : |
| | : |
| | : |
| | : |
| PETITION OF: GENNARO RAUSO | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.